Legal Mail
Provided to Florida State Prison on
9 8 23 for mailing by

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Parnell Ledell McKay,

Inmate ID Number: M-164471 ,

_____ ,

*(Write the full name and inmate ID
number of the Plaintiff.)*

**Case No.:** 3:23cv24180LC-ZCB
*(To be filled in by the Clerk's Office)*

**v.**

Mrs. Estep ,

Sgt. Tona etj al ,

_____ ,

*(Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.)*

**Jury Trial Requested?**
☑ **YES** ☐ **NO**

FILED USDC FLND PN
SEP 11 '23 PM12:05

## I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: Parnell Ledell McKay   ID Number: M-104471

List all other names by which you have been known: _____

_____

Current Institution: _____

Address: _____

_____

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.   For individual Defendants, identify the person's official position or job title, and mailing address.   Indicate the capacity in which the Defendant is being sued.  Do this for *every* Defendant:

1. Defendant's Name: Sgt. Tona

   Official Position: Sgt.

   Employed at: Santa Rosa Correctional Institution

   Mailing Address: 5850 East Milton Road

   Milton Florida 32583

   ☑ Sued in Individual Capacity     ☐ Sued in Official Capacity

2. Defendant's Name: Classification Estep mrs.

Official Position: Classification officer

Employed at: Santa Rosa C. I.

Mailing Address: 5850 East Milton Road

Milton Florida 32583

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

3. Defendant's Name: _____

Official Position: _____

Employed at: _____

Mailing Address: _____

_____

☐ Sued in Individual Capacity          ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)      ☑ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee      ☐ Civilly Committed Detainee

☑ Convicted State Prisoner      ☐ Convicted Federal Prisoner

☐ Immigration Detainee      ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

**Statement of Facts Continued** *(Page 5 of 6 )*

(1) On 7-19-21 Plaintiff was Placed in the holding cell in Kilo dorm between 8:25 am - 9:15 am.

(2) Sgt. Tona order Plaintiff to relinquish ankle brackets Restraints and order Plaintiff too strip.

(3) Plaintiff was in Compliance with all order's and was stripped to his Boxers.

(4) At this time Classification officer Estep used Chemical agents and Plaintiff ~~~~~~~~~~~~~~ ~~~~~~ was exposed and mased.

(5) Plaintiff grieved Classification officer Estep on the fact that, she exposed Plaintiff skin to Chemical agents when Plaintiff complied with all order given.

(6) Plaintiff received no use of force Dr and no incident reports were written this is on Camera Kilo dorm Sally port...

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

All defendant's Violated Plaintiff 1st 5th, 14th, 8th US Constitution and 42 USC 1853(3) and F.S. 838.022 (5) in violation of F.S. 944.35 Committing a Felony of the 3rd degree while working under the color of state law Please review ch. 33-208.002 (14), (22), (19), (12) and 33-208.002 (i) (a) Statement of claim continue Page (7)

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Plaintiff seek Monetary damages & trial demand by jury and immediate release from Close Management and all defendant's pay all court costs and all Fee's for medical and Fee's and punitive Damage's.

V. Statement of Claim Continue Page (7).

(1) Defendant(s), action taken On 7-19-21, in Violating Plaintiff 8th usc, 14th usc, 5th usc, and 1st usc, while working under the Color of State law, also Violating 42 usc. 185 3(3) and F.S. 838.022(3) a Felony of the 3rd degree.

(2) Defendant Sgt. Tona, Et al. actions taken on 7-19-21 at approximate between 8:25am - 9:15am, defendant Sgt. Tona, ordered Plaintiff to relinquish ankle brackets-leg irons, hand restraints, and ordered Plaintiff to strip down to his Boxer's, at which time Plaintiff Complied with all order's, and Stripped down to his boxers, Whereas He was sprayed with Chemical agents without Provocation or justification in Violation of Plaintiff 1st usc, 5th usc, 14th usc and 8th usc also Violating 42 usc 185 3(3) and F.S. 838.022(3) and 3rd degree Felony, while working under the Color of State Law.

(3) Defendant Sgt. Tona, et al. action's not taken according to FDC Rules and Policy further the Claim of deliberate indifferance, by Failure to Prevent defendant Class. officer Estep from Spraying Plaintiff with Chemical agents without justification or Provocation and Violation of (FAC) 33-602.210 use of Force (6) Reactionary use-of-force any use of force must be administered quickly or immediately to compel the Cessation of an inmate's Violence or resistance to order's, Because of the approved grievance log # 138-2107-0322 Approved 8-10-21 by C/O H. Melanson Set forth a Separate State of facts Authorized Plaintiff's informal grievance Filed, Defendant Violated the Plaintiff's 1st usc, 5th usc, 8th usc, and 14th usc, Also 42 usc 1853(3) and F.S. 838.022(3) a Felony of the 3rd degree while working under the color of State law.

(V) Statement of Claim Continue Page (8)

(4.) Defendant Classification officer Estep action's taken in violating Plaintiff 8th/usc, 14th/usc, 5th/usc On 7-19-21 between 8:25 am - 9:15 am Classification officer Estep Et. al did unlawfully, Maliciously and Sadisticly Spray Plaintiff with Chemical agent after defendant Sgt. Tona Et. al order Plaintiff to strip down to his boxer's without justification or Provocation with the intent to cause Serious harm and wanton to Plaintiff as a Means of Cruel and unusual punishment while working under the color of State law; in Violation of 42 usc 1853(3) and F.S. 838.022(3).

(5.) Defendant Classification officer Estep, Et. al Violated ch. 33-208.002 (14) No Employee Shall apply Physical force to the Person of an inmate except as provided in Rule 33-602.210 FAC. or to any other person under his/or her Supervision, except; and only to the degree that it reasonably appear's to be necessary in-self defense, to prevent Escape, to prevent injury to a person or damage to Property, to quell a disturbance, or when an inmate Exhibit's physical resistance to a lawful Command, while working under the color of State law and the Said Classification officer Estep, Et. al Violated 42/usc 1853(3) and F.S. 838.022(3) and Plaintiff 5th/usc, 8th/usc, 14th/usc and 1st/usc.

(6.) Defendant Class. officer Estep, Et. al action taken in failure to write a Dr, and or an incident report to support or state the reason for Excessive use of force in violation of Plaintiff's 5th/usc, 8th/usc, 14th/usc and 1st/usc, and (FAC) Rules and Policy whereas all documents must be made the employee Policy. 33.208.002 (14) (10) (19) and (12) also 33-612.210 →

(V) Statement of Claim Continue page (8)

that used forced and turned over to the warden who "shall"
investigate and determine if the use of force was approve
or disapprove, Also violates 42 usc 1853 (3) and F.S. 838.022
(3) while working under the color of state law.

(V) Statement of Claim Continue Page (9)

(7.) Defendant Classification officer Estep, Et.al action in violating
Plaintiff's 1st fuse, By way of using chemical agents as
retaliation for an DR that has nothing to do with this excessive
force, Stems from an alleged assault or attempt assault or Battery
on an Correctional officer that happen prior to the un authorize
use of force that Plaintiff was Subjected to Classification
officer Estep, Et.al. and Sgt. Tona, Et. al. while they both
was working under the color of state law.

Relif Sought Continue page (10)

(1) Defendant Sgt. Tona et.al. is Sued $ 150,000 For Plaintiff Physical injuries Plaintiff Sustained From unjustified spraying of chemical agents Sought on 7-19-21 in Violation of Plaintiff 8th/usc and 14th/usc while working under the color of state law and Violation of 33-602.210 and 33-208.002 (V4) (10) (12) and (19) Police. Defendant Sgt. Tona, Et.al, is Sued in their individual Capacity.

(2) Defendant Sgt. Tona, Et.al is Sued $ 150,000 For denial to Stop or prevent Classification officer Estep, Et.al, defendant From using unauthorized Excessive force by way of having plaintiff Stripped down to his Boxers and to have him subjected to chemical agents as a means of inflicting wanton and Pain, in a maliciously and Sadisticly cause of action's For an unrelated DR of Assault, or Attempted assault or Battery on an Correctional officer. Defendant Sgt. Tona, Et, al, Violated Plaintiff 5th/usc 14th/usc and 8th/usc while working under the Color of state law and Violated 42 usc. 1853 (3) and F.S. 838.022 (3) Defendant Sgt. Tona, Et, al is Sued in their individual Capacity.

(3) Defendant classification officer Estep, Et.al. is Sued $ 150,000 for Physical injuries Plaintiff Sustained From unjustified spraying of Chemical agents Sought on 7-19-21 in Violation of Plaintiff's 8th/usc and 14th/usc while working under the color of state law without justification or provocation classification Estep, Et.al, did unlawful without permission while working under the color of law Subjected Plaintiff to chemical agents For the soul Purpose to cause him ill wanton and Pain based on and unrelated DR of Assault, or Attempted assault or Battery on an Correctional officer. Defendant Estep, Et.al is Sued in their individual Capacity.

Relief Sought Continue page (11)

(4) Defendant Classification officer Estep, Et. al is sued $150,000 for faiture to Prevent or stop said actions taken 7-19-21 retaliation on Plaintiff for unrelated DR for Assault or Attempted Assault or Battery on a Correctional officer, while working under the Color of State law in Violation of 42/ux 1853 (3), F.S. 838.022 (3) and in Violation of (FDC) Rules and Policy 33-208.002 (14) (19) (12), and (10) also 33.602.210 Policy. Defendant Estep, Et, al is sued in their individual Capacity...

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES   ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1.  Date: _____   Case #: _____

   Court: _____

2.  Date: _____   Case #: _____

   Court: _____

3.  Date: _____   Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B.  Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES   ☐ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1.  Case #: _____   Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2.   Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

C.  Have you filed any other lawsuit in federal court either challenging your

conviction or otherwise relating to the conditions of your confinement?

☐ YES   ☑ NO

If you answered yes, identify all lawsuits:

1.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

3.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

5. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

6. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

*(Attach additional pages as necessary to list all cases.  **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct.  Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 9-5-23   Plaintiff's Signature: _____

Printed Name of Plaintiff: Parnell Ledell McKay

Correctional Institution: Florida State Prison

Address: P.O. Box 800 Raiford, FL 32083

_____

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the ___5___ day of _Sept._ ,

20 _23_.

Signature of Incarcerated Plaintiff: _____



Parnell Iredell McKay #M-64474
Florida State Prison
P.O. Box 800
Raiford, FL 32083

LEGAL MAIL

Clerk, U.S. District Court
one north Pala Fox Street
Pensacola, Florida 32502- 5658

Legal Mail
Provided to Florida State Prison on
9 15 23 for mailing by