UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PARNELL LEDELL MCKAY,
    Plaintiff,

vs.                                  Case No.:  3:23cv24180/LAC/ZCB

SGT. TONA, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on December 18, 2023.  (Doc. 10).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objecctions have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 10) is adopted and incorporated by reference in this order.

2.    Plaintiff's claims against Defendants under the Florida Administrative Code and the Florida Penal Code are **DISMISSED** for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

3.     This case is returned to the magistrate judge for further proceedings regarding Plaintiff's Eighth Amendment claims.

**DONE AND ORDERED** this 22nd day of January, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**