# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

_Parnell Ledell McKay_ ,

Inmate ID Number: _M-64471_ ,

_____ ,

*(Write the full name and inmate ID
number of the Plaintiff.)*

~~First Amended Complaint.~~

**Stricken per ECF 15**

Case No.: _3:23 CV 24180 / LAC /ZCB_
*(To be filled in by the Clerk's Office)*

**v.**

_Selo, Estep_ ,

_SGT, Tona_ ,

_Warden,_ ,

*(Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.)*

_____ /

**Jury Trial Requested?**
☑ **YES**  ☐ **NO**

FILED USDC FLND PN
JAN 22 '24 AM 11:49

# I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: _Parnell Ledell M<sup>c</sup>KAY_   ID Number: _m-64471_

List all other names by which you have been known: _NONE_

Current Institution: _Florida State Prison_

Address: _P.O. Box 800_

_RAIford, Florida 32083 - 0800_

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: _TONA_

   Official Position: _Sgt._

   Employed at: _SANTA ROSA C.I. Annex_

   Mailing Address: _5850 East MILTON Road_

   _MILTON, Florida 32583_

   ☑ Sued in Individual Capacity        ☐ Sued in Official Capacity

2. Defendants Name: ESTEP
OFFICIAL Position: CLASSIFICATION OFFICER
Employed at: SANTA ROSA CORR. Inst.
Mailing Address: 5850 East MILTON Road
                 MILTON, Florida 32583
                              Individual CAPACITY

3. Defendants Name:
OFFICIAL Position: Warden
Employed at: SANTA ROSA CORRectional Inst.
Mailing Address: 5850 East MILTON Road
                 MILTON, Florida 32583
                              Individual And OFFICIAL CAPACITY

3

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)      ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee          ☐ Civilly Committed Detainee

☑ Convicted State Prisoner    ☐ Convicted Federal Prisoner

☐ Immigration Detainee        ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

1) ON 7-19-21 between the hours of 8:25 And 9:15 A.M. While in The Holding Cell of (K) Kilo dormitory, Sgt. TONA, Ordered Plaintiff To relinquish the ankle bracelets and hand restraints.

2) AT That Time. Plaintiff WAS order to Strip for A body Search.

3) PLAINTIFF began to Strip And WAS IN Full compliance With all orders.

4) PLAINTIFF WAS Then Stripped to his boxer shorts And Went through the Procedures of being Searched.

5) AT That Time Sgt. TONA, STATED, " Here Estep, You MACE This Fuck boy, And Handed Her His mace CAN.

6) SCLO Estep, Accepted the MACE CAN And began administering Chemical Agents upon Plaintiff all OVER PLAINTIFF's body.

7) Sgt. TONA, Then STated, Fuck boy, We Should beat your ASS.

7) AFter chemical Agents Were Administered And Stopped, PLAINTIFF WAS Advised to resubmitt to restraints

**Statement of Facts Continued** (*Page 2 of 2* )

And WAS Escorted to Medical And GIVEN And Post USE oF Force Physical.

8) PLAINTIFF Advised the Warden oF This Assault ON his Next dorm inspection.

9) The WARDEN Asked Had And Disciplinary Report been delivered to PLAINTIFF, PLAINTIFF STATED "No".

10) ON 7-28-21 PLAINTIFF Grieved This Issue in Formal Log #13-2107-0322 oF The Assault NoT being Log or reported ON Any docummoents OUTSIDE oF Medical.

11) ON 8-10-21 OFFICER H. Melonson, after reviewing And evaluating the reported Assault, APProved the Grievance.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

12). THE ACTIONS OF The Three Defendents, In USING Physical Force/Chemical Agents against Plaintiff Without Need or Provocation, or In Failing to Intervene, Aiding And Abetting Failing To MONITOR AND DISCIPLINE, Where done Maliciously and Sadistically and CONSTITUTED Cruel and Unusual

SEE: 7A - ATTACHMENT

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

_____

_____

_____

_____

Punishment And Deliberate Indifference in Violation
of The EIGHTH And Fourteenth Amendment of The
UNITED States CONSTITUTION.

13. The Actions of Defendant ESTEP IN USING CHEMICAL
AGENTS Against the Plaintiff Without Need or provocation
CONSTITUTED MISUSE OF Force IN VIOLATION of The
8th Amendment.

14. The ACTIONS OF DEFENDANT SGT. TONA, IN Provoking
SGT.O ESTEP, To Administer Chemical Agents From his Canister
ON PLAINTIFF Without Need OR provocation CONSTITUTED
DELIBERATE INDIFFerence TO THE 14th Amendment.

15. The Failure of Warden          , defendant to take
disciplinary or other action to cure the Known Pattern of
Physical Chemical Abuse of inmates by these two defendants
Supra, CONSTITUTED deliberate Indifference to the PLAINTIFFS
and other Prisoners Safety And Treatment, And Contributed to
and Proximately Caused the above described VIOLATIONS OF
The Eighth And Fortecnth Amendment rights.

RELIEF REQUESTED
Wherefore, PLAINTIFF REQUEST THAT The COURT GRANT
THE Following relief:

A. Issue a Declaratory Judgement Stating That:

7A

1). The Physical abuse oF The Plaintiff by defendants ESTEP, And TONA, defendants, VIOLATED PLAINTIFFS RIGHTS UNDER The 8th And 14th Amendments to the UNITED STates CONSTITUTION.

2) The Defendant Warden _____ , Failure to take ACTION to CURE the Physical abuse oF IN The ERroneous USES oF Chemical Agents VIOLATED The PLAINTIFFS RIGHTS UNDER the Eighth Amendment And Fourteenth.

B. AWARD compensatory damages in The Following Amounts:

1). $150.000 JoINTly And Severally against The Three defendants For The Physical And Emotional InJuries Sustained as a result oF PlAINTIFF Chemical Agents Assault.

Award Punitive damages in The Following Ammounts:
C. $10.000 each against all defendants, For The malicious and Sadistic chemical Agents torturing, Failing to Intervene, discipline Suburnates, And Aiding And Abetting Said Assault.

D. Grant Court Cost For prosecution oF THIS ACTION And Attorney Fees.

E. Grant Such other relief as it May appear that Plaintiff Is entitled.

F. Jury Trial by demand as to all issues So TRiable.

7B

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII.   PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  To the best of your knowledge, have you had any case dismissed for a

reason listed in § 1915(g) which counts as a "strike"?

☐ YES   ☑ NO

If you answered yes, identify the case number, date of dismissal and

court:

1. Date:_____Case #: _____

   Court: _____

2. Date:_____Case #: _____

   Court: _____

3. Date:_____Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B.  Have you filed other lawsuits in either ***state or federal court*** dealing with

the same facts or issue involved in this case?

☐ YES ☐ NO

If you answered yes, identify the case number, parties, date filed, result

*(if not still pending)*, name of judge, and court for each case *(if more*

*than one)*:

1. Case #:_____Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

C.  Have you filed any other lawsuit in federal court either challenging your

conviction or otherwise relating to the conditions of your confinement?

□ YES   ☑ NO

If you answered yes, identify all lawsuits:

1.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

3.  Case #: _____ Parties: _____

10

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases.* **Failure to disclose all prior cases may result in the dismissal of this case.***)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.



Date: 1-12-24 Plaintiff's Signature: _____

Printed Name of Plaintiff: Parnell Ledell McKay

Correctional Institution: Florida State Prison

Address: P.O. Box 800  Raiford, FL 32083

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in

the prison's mail system for mailing on the ___ day of _Jan._____,

20 __24__.


Signature of Incarcerated Plaintiff: _____

1/12/24



US POSTAGE

Parnell Ledell McKay  # M-64471
Florida State Prison
P.O. Box 800
Raiford, FL 32083-0800

LEGAL MAIL

LEGAL MAIL ONLY

Zachary C. Bolitho
United States Magistrate Judge
United States District Court
1 N. Palafox Street
Pensacola, FL 32502

Legal Mail
Provided to Florida State Prison on
1 16 24 for mailing by R