UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PARNELL LEDELL MCKAY,
    Plaintiff,

vs.                                          Case No.:  3:23cv24180/LAC/ZCB

SGT. TONA, et al.,
    Defendants.
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on February 15, 2024.  (Doc. 16).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 16) is adopted and incorporated by reference in this order.

2.    Plaintiff's claims against Defendant Warden are **DISMISSED** for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii), and the Warden is **TERMINATED** as a Defendant.

1

3. Plaintiff's claims against Defendants Tona and Estep under the Fourteenth Amendment are **DISMISSED** for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

4. Plaintiff may proceed only on his Eighth Amendment claims against Defendants Tona and Estep.

**DONE AND ORDERED** this 18th day of March, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**