UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PARNELL LEDELL MCKAY,
    Plaintiff,

vs.                                                  Case No.:  3:23cv24180/LAC/ZCB

MICHAEL TONA et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on November 1, 2024.  (Doc. 60).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 60) is adopted and incorporated by reference in this order.

2.    Defendants' motion for summary judgment (Doc. 47) is **GRANTED**.

1

3. The Clerk of Court must enter judgment accordingly and close this case.

**DONE AND ORDERED** this 21ˢᵗ day of November, 2024.

_s/L.A. Collier_
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**